| | |
|---|---|
| 1 | McGREGOR W. SCOTT |
| | United States Attorney |
| 2 | JUSTIN L. LEE |
| | Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | (916) 554-2700 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:20-MJ-00051-AC |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING PRELIMINARY |
| v. | ) | HEARING DATE |
| | ) | |
| RIGOBERTO GUERRA-SALCEDO, | ) | |
| | ) | Judge: Hon. Edmund F. Brennan |
| Defendant. | ) | |
| | ) | |
| | ) | |

## **STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By prior order, this matter was set for Preliminary Hearing on March 27, 2020.
2. By this Stipulation, the parties now move to continue the Preliminary Hearing until May 15, 2020, at 2:00 p.m.
3. The defendant made his initial appearance on March 11, 2020.
4. The defendant is presently in custody pending trial in this matter.
5. The parties request that the Court set this matter for a Bail Review Hearing on Friday, March 27, 2020, at 2:00 p.m.

///

6. On March 20, 2020, the United States provided 77 pages of reports related to the criminal investigation of the defendant. Counsel for the defendant needs time to review the reports, conduct defense investigation, and consult with the defendant.
7. Additionally, the parties have discussed potential pre-indictment resolution of this matter. The parties need further time to discuss this matter, discuss any potential consequences, and to allow counsel for the defendant reasonable time necessary for preparation and further investigation.
8. The defendant understands that pursuant to 18 U.S.C. § 3161(b), "any information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested." Time may be excluded under the Speedy Trial Act if the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The parties jointly move to exclude time within which any indictment or information shall be filed from the date of this order, through and including May 15, 2020, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), because failure to do so would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."
9. Good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

**IT IS SO STIPULATED.**

DATED: March 24, 2020  /s/ Justin L. Lee
JUSTIN L. LEE
Assistant U.S. Attorney

/////

/////

/////

/////

DATED: March 24, 2020      /s/ Steve A. Whitworth
STEVE A. WHITWORTH
Attorney for Rigoberto Guerra-Salcedo
(as authorized on March 24, 2020)

**ORDER**

IT IS SO FOUND AND ORDERED, this 24th day of March, 2020.

_____
Hon. EDMUND F. BRENNAN
United States Magistrate Judge