**FILED**
March 27, 2020
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                       )<br>          Plaintiff,                              )<br>v.                                                    )<br>                                                       )<br>RIGOBERTO GUERRA-SALCEDO,  )<br>                                                       )<br>          Defendant.                          ) | Case No. 2:20-mj-00051-AC<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, RIGOBERTO GUERRA-SALCEDO, Case No. 2:20-mj-00051-AC from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $250,000.00.

   ___   Co-Signed Unsecured Appearance Bond

   _X_   Secured Appearance Bond

   _X_   (Other) <u>Conditions as stated on the record.</u>

   _X_   (Other) <u>The secured bond paperwork is ordered to be filed by 4/3/2020.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  3/27/2020  at  1:20 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge